IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:04-CV-647-BO(1)

FILED
JAN 2 6 2005
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| IENTERTAINMENT NETWORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF VOLUNTARY |
| v. ) | DISMISSAL WITHOUT |
| ) | PREJUDICE |
| EPIC GAMES, INC.; ATARI, INC.; ) | |
| VALVE CORPORATION; SIERRA ) | |
| ENTERTAINMENT, INC.; ) | |
| SONY CORPORATION OF JAPAN; ) | |
| SONY CORPORATION OF AMERICA; ) | |
| SONY COMPUTER ENTERTAINMENT ) | |
| AMERICA, INC.; and SONY ONLINE ) | |
| ENTERTAINMENT, INC., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, iEntertainment Network, Inc., hereby voluntarily dismisses all claims it has asserted in the above-entitled action against Defendants Sony Corporation of Japan; Sony Corporation of America; Sony Computer Entertainment America, Inc.; and Sony Online Entertainment, Inc. This dismissal is taken WITHOUT PREJUDICE.

This the 26th day of January, 2005.

MINTZ, LEVIN, COHEN, FERRIS, GLOVSKY
AND POPEO, P.C.

By: /s/ Michael T. Renaud
Michael T. Renaud
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
Fax: (617) 542-2241
Attorneys for Plaintiff

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: _____
Robert J. Morris, NCSB No. 15981
Mark A. Ash, NCSB No. 13967
P.O. Box 2611
Raleigh, NC 27602-2611
(919) 821-1220
Fax: (919) 821-6800
Local Rule 83.1 Counsel

# CERTIFICATE OF SERVICE

I hereby certify that this document was served upon all opposing parties by depositing a copy of it in the United States mail, postage paid, addressed as follows:

Greg Murphy
Moore & VanAllen
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Attorney for Defendant Epic Games, Inc.

Randy Lipsitz
Kramer Levin Neftalis & Frankels, LLP
919 Third Avenue
New York, NY 10022
Attorney for Defendant Atari, Inc.

Robert H. Tiller
Helms Mullis & Wicker, PLLC
Suite 2600, 2 Hannover Square
Raleigh, NC 27601
Attorney for Defendant Sierra Entertainment, Inc.

Pressly M. Millen
Womble Carlyle Sandridge & Rice
P.O. Box 831
Raleigh, NC 27602
Attorney for Defendant Valve Corporation.

This the 26th day of January, 2005.

Robert J. Morris
Local Rule 83.1 Counsel