IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:04-CV-647-BO(1)

IENTERTAINMENT NETWORK, INC., )
                                      )
             Plaintiff, )
                                      )
v.                                      )
                                      )
EPIC GAMES, INC.; ATARI, INC.; )
VALVE CORPORATION; and )
SIERRA ENTERTAINMENT, INC., )
                                    )
            Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a) and 41(c), plaintiff iEntertainment Network, Inc. and defendants Valve Corporation and Sierra Entertainment, Inc. hereby stipulate that their respective claims and counterclaims against each other in this action are DISMISSED WITH PREJUDICE, with each party agreeing to bear its own costs and expenses, including attorneys' fees.

This stipulation does not affect iEntertainment's claims against any other party.

This the 16th day of August, 2005.

                               MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                               AND POPEO, P.C.

                                       A. Jason Mirabito
                                       MA Bar No. 349040
                                       One Financial Center
                                       Boston, Massachusetts 02111
                                       (617) 542-6000
                                       Fax: (617) 542-2241

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: /s/ Robert J. Morris
    Robert J. Morris
    NCSB No. 15981
    Mark A. Ash
    NCSB No. 13967
    P.O. Box 2611
    Raleigh, NC 27602-2611
    (919) 821-1220
    Fax: (919) 821-6800
    Local Rule 83.1 Counsel

Attorneys for Plaintiff
iEntertainment Network, Inc.

JONES DAY

    Nagendra Setty
    GA Bar No. 636205
    1420 Peachtree Street NE, Suite 800
    Atlanta, GA 30309
    Telephone: (404) 581-8560
    Fax: (404) 581-8330

WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC

By: /s/ Pressly M. Millen    RJM By Permission
    Pressly M. Millen
    N.C. State Bar No. 16178
    150 Fayetteville Street Mall
    Suite 2100
    Raleigh, NC 27601
    Tel.: (919) 755-2135
    Fax: (919) 755-6067
    L.R. 83.1 Counsel

Attorneys for Defendants
Valve Corporation and Sierra Entertainment, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing document to be served upon all other parties to this cause by depositing a copy hereof in the United States mail, first-class postage prepaid, addressed to

>Jeffrey M. Young
>Moore & Van Allen PLLC
>Post Office Box 13706
>Research Triangle Park, North Carolina 27709
>Attorneys for Epic Games, Inc. and Atari, Inc.
>
>Gregory J. Murphy
>Moore & Van Allen PLLC
>Bank of America Corporate Center
>100 North Tryon Street, 47th Floor
>Charlotte, NC 28202
>Attorneys for Atari, Inc. and Epic Games, Inc.

This the 16th day of August, 2005.

_____
Robert J. Morris

LIT 1536133v1