IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:04-CV-647-BO(1)

| | |
|---|---|
| IENTERTAINMENT NETWORK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EPIC GAMES, INC., ATARI, INC., and | ) |
| MIDWAY GAMES INC.; | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a) and 41(c), plaintiff iEntertainment Network, Inc. and defendants Epic Games, Inc., Atari, Inc., and Midway Games Inc., through undersigned counsel, hereby stipulate that their respective claims and counterclaims (if any) against each other in this action are DISMISSED WITH PREJUDICE, with each party agreeing to bear its own costs and expenses, including attorneys' fees.

Dated: December 22, 2005.

                                                MINTZ, LEVIN, COHN, FERRIS,
                                                GLOVSKY & POPEO, P.C.

                                                      A. Jason Mirabito
                                                      MA Bar No. 349040
                                                      One Financial Center
                                                      Boston, Massachusetts  02111
                                                      (617) 542-6000
                                                      Fax: (617) 542-2241

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.


By: ___/s/_____
      Robert J. Morris
      N.C. State Bar No. 15981
      Mark A. Ash
      N.C. State Bar No. 13967
      Heather Adams
      N.C. State Bar No. 25239
      P.O. Box 2611
      Raleigh, NC 27602-2611
      Telephone: (919) 821-1220
      Fax: (919) 821-6800
      Email: jmorris@smithlaw.com
      Local Rule 83.1 Counsel

Attorneys for Plaintiff


MOORE & VAN ALLEN PLLC

By: ___/s/_____
      Gregory J. Murphy
      N.C. State Bar No. 16458
      Jeffrey M. Young
      N.C. Bar No. 21319
      James C. White
      N.C. Bar No. 31859
      Bank of America Corporate Center
      100 North Tryon Street, Floor 47
      Charlotte, North Carolina 28202
      Telephone: (704) 331-1000
      Facsimile: (704) 331-1159
      Email: jimwhite@mvalaw.com

Attorneys for Atari, Inc., Epic Games, Inc. and Midway Games Inc.